IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50602
Conference Calendar

_____


DEREK LEN BOUNDS,

Plaintiff-Appellant,


versus

ADOLPH THOMAS, officer, Hondo prison;
JOSEPH LAUGHLIN, Officer, Hondo prison,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-94-CV-281
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Derek Bounds, #644236, appeals from the judgment rendered following a jury verdict in favor of the defendants in his civil rights complaint brought pursuant to 42 U.S.C. § 1983. Because he does not raise any issue appropriate to the posture of this case, the issues are deemed abandoned. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993). With no appealable issue before

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the court, Bounds' appeal is DISMISSED AS FRIVOLOUS. We caution Bounds that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Bounds is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

Bounds' two motions requesting that he be transferred from the Darrington Unit of the Texas Department of Criminal Justice, Institutional Division, are DENIED.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.